United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 01, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 23-34054** |
| **NELKIN & NELKIN P.C.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER**
*Resolving ECF No. 400*

Pending before the Court is a single matter self-styled as "Debtor's Emergency Motion To Enforce The Confirmation Order and To Hold Steven Schreiber (Individually And As Purported Representative Of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Their Counsel, Raphael Rosenblatt"[1] ("*Motion to Enforce*") filed on July 3, 2025 by Nelkin & Nelkin, P.C. ("*Nelkin*"). On July 17, 2025, Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate) and Two Rivers Coffee, LLC ("*TRC Parties*") filed their "Response To Emergency Motion To Enforce Confirmation Order For Finding Of Contempt."[2] On July 17, 2025, TRC Parties filed their "Brief In Support Of The Two Rivers Parties Response To Debtor's Emergency Motion To Enforce Confirmation Order And For Civil Contempt."[3] On July 22, 2025, the Court held a hearing on the Motion to Enforce.[4] On July 25, 2025, Debtor filed "Debtor's Brief In Support Of Motion To Enforce The Confirmation Order And For Contempt."[5] On August 1, 2025, TRC Parties filed their "Post Hearing Brief In Support Of The Two Rivers Parties Response To Debtor's Emergency Motion To Enforce Confirmation Order And For Civil Contempt."[6]  For the reasons stated in the accompanying Memorandum Opinion, it is therefore:

---

[1] ECF No. 400.
[2] ECF No. 403.
[3] ECF No. 404.
[4] July 22, 2025 Min. Entry.
[5] Bankr. ECF No. 407.
[6] ECF No. 408.

**ORDERED:** that

1.  "Debtor's Emergency Motion To Enforce The Confirmation Order and To Hold Steven Schreiber (Individually And As Purported Representative Of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Their Counsel, Raphael Rosenblatt"[7] filed on July 3, 2025 by Nelkin & Nelkin, P.C. is **GRANTED IN PART**.

2.  Mr. Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Mr. Raphael Rosenblatt are in civil contempt of this Court's confirmation order at ECF No. 373 entered on February 14, 2025 by violating the discharge injunction entered in this case.

3.  In order to purge themselves of the civil contempt, each of Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate) Two Rivers Coffee, LLC and Mr. Raphael Rosenblatt must, on or before **Thursday, October 16, 2025,** seek dismissal of their causes of action against Nelkin & Nelkin, P.C. in the case styled as *Scheiber, et al. v. Friedman, et al*., Cause No. 15-cv-06861, pending in the Eastern District of New York with prejudice.

4.  Until such time as Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate) Two Rivers Coffee, LLC and Mr. Raphael Rosenblatt are not in compliance with Paragraph 3 of this Order, then effective **Friday, October 17, 2025** and every day thereafter, each of Mr. Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Mr. Raphael Rosenblatt shall be jointly and severally liable for daily sanctions of $100 for each day they remain out of compliance with Paragraph 3.

5.  Mr. Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Mr. Raphael Rosenblatt, jointly and severally, must pay the reasonable attorney fees and costs incurred by Nelkin & Nelkin, P.C in prosecuting this instant motion for contempt to Walker & Patterson, P.C.

    a.  Nelkin & Nelkin, P.C. must file a fee application with a detailed bill of reasonable attorney fees and costs incurred in filing and prosecuting "Debtor's Emergency Motion To Enforce The Confirmation Order and To Hold Steven Schreiber (Individually And As Purported Representative Of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Their Counsel, Raphael Rosenblatt"[8] no later than **Wednesday, October 15, 2025**.

---

[7] ECF No. 400.
[8] ECF No. 400.

b. Steven Schreiber (Individually and as purported representative of Eugene Schreiber's Estate), Two Rivers Coffee, LLC and Raphael Rosenblatt shall have until **Wednesday, October 29, 2025** to file an objection, if any, to Nelkin & Nelkin, P.C.'s fee application.

6. Nelkin & Nelkin, P.C's request for recovery of losses caused by Mr. Steven Schreiber's (Individually and as purported representative of Eugene Schreiber's Estate), Two Rivers Coffee, LLC's and Mr. Raphael Rosenblatt's violation of the confirmation order at ECF No. 373 entered on February 14, 2025, other than reasonable attorney fees and costs incurred by Nelkin & Nelkin, P.C in prosecuting this instant motion for contempt, is **DENIED**.

7. Any request not expressly granted in this Order is **DENIED**.

8. This is a final order.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED October 1, 2025**

_____

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**