# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez

| | |
|---|---|
| **Main Case No:** | 23-34054 |
| **Name of Debtor:** | Nelkin & Nelkin, P.C. |
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| ☐ Amends | | ☐ Supplements | |
|---|---|---|---|
| **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | November 5, 2025 |
| **Hearing Time:** | 2:00 PM |
| **Party's Name:** | Steven Schreiber and Two Rivers Coffee |
| **Attorney's Name:** | Avi Moshenberg and Nicholas R. Lawson |
| **Attorney's Phone:** | 713-449-9644 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 423 | Emergency Motion to Stay Order Enforcing Confirmation Order And for Civil Contempt |
| | |
| | |
| | |
| | |
| | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Raphael Rosenblatt |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |

## REBUTTAL/ IMPEACHMENT WITNESSES

**Form No. 1-100**

Last Revised August 13, 2025

| | | Lay Witnesses: | |
|---|---|---|---|
| | | | |
| | | Expert Witnesses: | |
| | | | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| | | OFFERED | OBJECTION | DISPOSITION |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised August 13, 2025