| | WITNESS AND EXHIBIT LIST<br>UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION<br><br>**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez** | | | |
|---|---|---|---|---|
| **Main Case No:** | 23-34054 | | | |
| **Name of Debtor:** | Nelkin & Nelkin, P.C. | | | |
| **Adversary Case No:** | N/A | | | |
| **Style of Adversary:** | N/A | | | |

| | Amends | | Supplements | |
|---|---|---|---|---|
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | November 5, 2025 |
| **Hearing Time:** | 2:00 P.M. |
| **Party's Name:** | Raphael Rosenblatt |
| **Attorney's Name:** | Zandra Foley, Cory Reed, Raymond Kutch, and Daniel Blucher |
| **Attorney's Phone:** | 713-403-8210 |

| | CM/ECF No. | Matter |
|---|---|---|
| **Nature of Proceeding(s):** | 423 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Raphael Rosenblatt |
| | Jay Nelkin |
| | Steven Schreiber |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES |
|---|

**Form No. 1-100**

| Lay Witnesses: | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| EX. NO. | DESCRIPTION | OFFERED | OBJECTION | DISPOSITION |
| 1. | Memorandum Opinion | | | |
| 2. | Order | | | |
| 3. | Rosenblatt Letter | | | |
| 4. | Letter Re Fee Dispute | | | |
| 5. | Notice of Motion to Find Counsel Was Discharged For Cause | | | |
| 6. | Rosenblatt Letter to Court Indicating No Issue With Proceeding Post-Confirmation | | | |
| 7. | Engagement Agreement | | | |
| 8. | Amended Schedules | | | |
| 9. | Confirmation Order | | | |
| 10. | Motion/Brief to Disqualify Counsel EDNY | | | |
| 11. | Rosenblatt Declaration | | | |
| 12. | Steven Schreiber Declaration | | | |
| 13. | Reply EDNY | | | |
| 14. | 1-2-2019 | | | |
| 15. | EDNY Docket 8-1-2018 Forward | | | |
| 16. | Nelkin Complaint; Cause No. 1:18-cv-4930 | | | |
| | **REBUTTAL/IMPEACHMENT EXHIBITS** | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised August 13, 2025